# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEMHEALTH USA, INC., d/b/a CAREFEM,**<br><br>      **Plaintiff,**<br><br>  v.<br><br>**RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS; EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK LINAM; BRENT BUCKLEY; and AJ HURLEY,**<br><br>      **Defendants.** | **Civil Action No. _____** |

## DECLARATION OF SARAH B. MILLER
## IN SUPPORT OF EMERGENCY MOTION FOR TEMPORARY
## RESTRAINING ORDER

I, Sarah B. Miller, being duly sworn, do hereby depose and state as follows:

1. I am an attorney at Bass, Berry & Sims, PLC, 150 Third Avenue South, Suite 2800, Nashville, Tennessee 37201, and our firm represents FemHealth USA, Inc. d/b/a carafem ("Plaintiff").

2. I am over the age of 18 and have personal knowledge of the matters set forth in this Declaration.

3. As explained in the Complaint, Motion for Temporary Restraining Order, and accompanying statements and other documents, Defendants in this action, who are believed to be

1

currently threatening Plaintiff's staff, and/or other healthcare providers, present a an active and substantial threat to the safety Plaintiff's staff and patients, the very people this action is intended to protect.

4. For this reason, Plaintiff's counsel, who is unaware of the existence of counsel representing any Defendant, cannot locate and serve the Defendants in this actively threatening situation without danger of escalating their threats and violence.

5. Accordingly, pursuant to Fed. R. Civ. P. 65(b)(1) Plaintiff's counsel asks the Court to determine that notice is not required and to issue a temporary restraining order without notice to the adverse party to protect against the immediate and irreparable injury imminently posed by Defendants.

Date: July 29, 2022

*/s/ Sarah B. Miller*
Sarah B. Miller
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
smiller@bassberry.com

*Attorney for Plaintiff*