UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| FEMHEALTH USA, INC., d/b/a CARAFEM, | ) |
| --- | --- |
| Plaintiff, | ) |
| v. | ) NO. 3:22-cv-00565 |
| RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS, EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK "BO" LINAM; BRENT BUCKLEY and AJ HURLEY, | ) |
| Defendants. | ) |

## ORDER

This case was referred to the undersigned pursuant to the Local Rules when Judge William L. Campbell, Jr., was unavailable to consider the Plaintiff's motion for immediate injunctive relief. This case is now returned to Judge Campbell.

IT IS SO ORDERED.

_____
WAVERLY D. CRENSHAW, JR.
CHIEF UNITED STATES DISTRICT JUDGE