# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FEMHEALTH USA, INC., d/b/a carafem, ) ) ) | |
| Plaintiff, ) ) | NO. 3:22-cv-00565 |
| v. ) ) | JUDGE CAMPBELL |
| ) | MAGISTRATE JUDGE FRENSLEY |
| RICKEY NELSON WILLIAMS, JR., et al., ) ) ) | |
| Defendants. ) | |

## ORDER

This case has been returned to the undersigned. After review of the record, the Court finds good cause to extend the Temporary Restraining Order for the maximum period permitted by the Rule. *See* Fed. R. Civ. P. 65(b)(2). Accordingly, the Temporary Restraining Order is **EXTENDED** to August 12, 2022. The hearing currently set for August 5, 2022 is **CANCELLED**.

The Court will hold a hearing on August 12, 2022, at 1:30 p.m. in Courtroom 6-D, Fred. D. Thompson United States Courthouse, 719 Church Street, Nashville, TN. By noon on August 10, 2022, the parties shall file the following: 1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine; and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE