UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FEMHEALTH USA, INC., d/b/a CARAFEM,<br><br>                  Plaintiff,<br><br>    v.<br><br>RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS, JR.; EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK LINAM; BRENT BUCKLEY; and AJ HURLEY;<br><br>                  Defendants. | Civil Action No. 3:22-cv-00565 |

## MOTION FOR PRELIMINARY INJUNCTION

Pursuant to Rule 65 of the Federal Rules of Civil Procedure and the Freedom of Access to Clinic Entrances Act ("FACE"), 18 U.S.C. §248, Plaintiff FemHealth USA, Inc., d/b/a carafem (hereinafter, "carafem") moves this Honorable Court for preliminary injunctive relief against Defendants Rickey Nelson Williams, Jr., Bevelyn Williams, Edmee Chavannes, Operation Save America, Jason Storms, Chester Gallagher; Matthew Brock; Coleman Boyd; Frank Linam; Brent Buckley; and AJ Hurley. As shown in the accompanying Memorandum in Support, Plaintiff has a strong likelihood of success on the merits; Defendants' actions are causing Plaintiff, its staff and its patients immediate and irreparable harm; the balance of the harm and/or equities favors Plaintiff and the granting of injunctive relief; and, the public interest favors an injunction. In addition to

1

the Memorandum in Support, Plaintiff submits the Supplemental Affidavit of Michelle Davidson; and the Affidavits of Melissa Wheeler and Jane Doe (filed under seal), in support of the Motion.

Defendants have violated the FACE Act by obstructing patients' access to carafem and carafem's ability to serve patients, and have made public statements that they intend to continue such violations going forward.

Consistent with the facts and applicable law, Plaintiff asks the Court to order that Defendants are restrained from:

(a) physically obstructing, intentionally intimidating, or intentionally interfering with, (or attempting to do the same) any person because that person is or has been obtaining or providing reproductive health services from Plaintiff's facility;

(b) using sound amplification devices or otherwise intentionally making noise in the course of any protests that can be heard from within the carafem building; and

(c) entering onto the property of Providence Pavilion at 5002 Crossings Circle, Mt. Juliet, TN 37122, the parking lot to that facility, and the entire area outlined in red in Exhibit A hereto during the hours of 6:00 am and 7:00 p.m. Monday through Friday and 6:00 a.m. and 3:00 p.m. Saturday.

Plaintiff asks the Court to so bind the Defendants and any other persons in active concert with the parties until an adjudication of the merits of Plaintiff's claims.

Date: August 9, 2022

Respectfully submitted,

*/s/ Sarah B. Miller*
Sarah B. Miller
Angela L. Bergman
Allison Wiseman Acker
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-6293 (facsimile)
smiller@bassberry.com
abergman@bassberry.com
allison.acker@bassberry.com

*Attorneys for Plaintiff*

3

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing will be served this 9th day of August, 2022 via Federal Express, on the defendants identified below:

*Via Federal Express*
Aaron J. Hurley
2526 5th St.
Santa Monica, CA 90405

*Via Federal Express*
Brent Buckley
516 S. Main St.
Topeka, IN 46571

*Via Federal Express*
Chester "Chet" Gallagher
1145 Holloway Road
Lebanon, TN 37090

*Via Federal Express*
Coleman Boyd
1635 North Davis Road
Bolton, MS 39041

*Via Federal Express*
Edmee Chavannes
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

*Via Federal Express*
Bevelyn Z. Williams
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

*Via Federal Express*
Frank "Bo" Linam
195 Spring Creek Lane
Lebanon, TN 37090

*Via Federal Express*
Jason Storms
955 County Road C
Grafton, WI 53024

*Via Federal Express*
Matthew Brock
14 Anderson St.
Inman, SC 29349

*Via Federal Express*
Operation Save America National, Inc.
c/o Frank Campana, Registered Agent
847 Remsen Ave NW
Palm Bay, FL 32907

*Via Federal Express*
Rickey Nelson Williams, Jr.
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

/s/ Sarah B. Miller