UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FEMHEALTH USA, INC., d/b/a CARAFEM,<br><br>              Plaintiff,<br><br>   v.<br><br>RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS, JR.; EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK LINAM; BRENT BUCKLEY; and AJ HURLEY;<br><br>              Defendants. | Civil Action No. 3:22-cv-00565 |

## HEARING EXHIBIT LIST

Plaintiff FemHealth USA, Inc., d/b/a carafem (hereinafter, "carafem"), in accordance with the Court's Order (Dkt. 11), submits the following exhibit list for the August 12, 2022 hearing:

| Exhibit | Description |
|---|---|
| 1 | Declaration of Pat Wheeler (Dkt. 1-1) |
| 2 | Declaration of Michelle Davidson (Dkt. 1-2) |
| 3 | Declaration of Melissa Grant (Dkt. 15) |
| 4 | Supplemental Declaration of Michelle Davidson (Dkt. 16) |
| 4(A – I) | Exhibits to Supplemental Declaration of Michelle Davidson |

1

| | |
|---|---|
| 5 | Redacted Declaration of Jane Doe (Dkt. 18-1) |
| 6 (A – D) | (A) July 30, 2022 Facebook Video of Rifle, https://www.facebook.com/780205373/videos/777846056677523/<br><br>(B) July 7, 2022 Facebook Live Video at Summit Medical in Atlanta, Georgia, https://fb.watch/ePrS_NTW1Y/<br><br>(C) July 7, 2022 Facebook Live Video at Planned Parenthood, https://fb.watch/ePrVsQneKn/<br><br>(D) July 7, 2022 Facebook Live Video in Atlanta, Georgia https://fb.watch/ePrXWw893b/ |
| 7 (A-C) | (A) June 24, 2022 Facebook Live Video, https://www.facebook.com/100046392601723/videos/556292815963803/<br><br>(B) August 9, 2022, Facebook Live Video, 8/9/22 Video https://www.youtube.com/watch?v=O_lbXCbqjAs<br><br>(C) At Well Ministries Description, https://atwellministries.org/about/ |
| 8(A – E) | (A) Operation Save America Description, https://www.operationsaveamerica.org/about-us/<br><br>(B) Operation Save America National Director, https://www.operationsaveamerica.org/about-us/national-director/<br><br>(C) Operation Save America Promotional Video (3/17/22), https://www.youtube.com/watch?v=NvZJkAWwVdI&ab_channel=OperationSaveAmerica<br><br>(D) Operation Save America, Every Second Counts Video (2/18/22), https://www.operationsaveamerica.org/?video=every-second-counts-why-is-it-wrong<br><br>(E) Operation Save American, The Time to End Abortion is Now Video (9/3/21), https://www.operationsaveamerica.org/?video=the-time-to-end-abortion-is-now |
| 9(A) | (A) Jason Storms Facebook Live (5/12/22), https://fb.watch/ePv55Fwtcm/ |

| | |
|---|---|
| 10(A – C) | (A) 11/2/21 Facebook Post by Chet Gallagher, https://www.facebook.com/chetgallagher/posts/10221102176686462<br><br>(B) 3/9/21 Facebook Post by Chet Gallagher, https://www.facebook.com/chetgallagher/posts/10219757526231041<br><br>(C) 3/5/21 Facebook Live Video, https://www.facebook.com/1305212315/videos/10219730788922625/ |
| 11(A-C) | (A) 8/1/22 Brock Tweet, https://twitter.com/GoTellThemAll/status/1554089367530082305<br><br>(B) 9/24/21 Facebook Post by Matt Brock, https://www.facebook.com/amy.m.brock.5/posts/10165889668100472<br><br>(C) 7/24/22 Facebook Post by Matt Brock, https://www.facebook.com/photo/?fbid=10166803479340472&set=a.10150142296515472 |
| 12(A-C) | (A) 7/29/22 Facebook Live Post, https://www.facebook.com/1478196878/videos/616177663182523/<br><br>(B) 7/19/22 Facebook Post, https://www.facebook.com/bo.linam.9/posts/10228567331476432<br><br>(C) Hope Beyond Abortion Event Schedule, https://www.hopebeyondabortion.com/events |
| 13(A-B) | (A) Facebook Post accosting Representative Alexandria Ocasio-Cortez (6/30/22), https://www.facebook.com/159900938/videos/368475191976899/<br><br>(B) Los Angeles Times, L.A. antiabortion activist charged with harassing San Francisco doctor, defacing statue, https://www.latimes.com/california/story/2022-05-19/los-angeles-antiabortion-activist-harassing-stalking-doctor |

Date: August 10, 2022

Respectfully submitted,

*/s/ Sarah B. Miller*
Sarah B. Miller
Angela L. Bergman
Allison Wiseman Acker
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-6293 (facsimile)
smiller@bassberry.com
abergman@bassberry.com
allison.acker@bassberry.com

*Attorneys for Plaintiff*

4

# CERTIFICATE OF SERVICE

I hereby certify that a true and exact copy of the foregoing will be served this 10th day of August, 2022 via Federal Express, on the defendants identified below:

*Via Federal Express*
Aaron J. Hurley
2526 5th St.
Santa Monica, CA 90405

*Via Federal Express*
Brent Buckley
516 S. Main St.
Topeka, IN 46571

*Via Federal Express*
Chester "Chet" Gallagher
1145 Holloway Road
Lebanon, TN 37090

*Via Federal Express*
Coleman Boyd
1635 North Davis Road
Bolton, MS 39041

*Via Federal Express*
Edmee Chavannes
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

*Via Federal Express*
Bevelyn Z. Williams
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

*Via Federal Express*
Frank "Bo" Linam
195 Spring Creek Lane
Lebanon, TN 37090

*Via Federal Express*
Jason Storms
955 County Road C
Grafton, WI 53024

*Via Federal Express*
Matthew Brock
14 Anderson St.
Inman, SC 29349

*Via Federal Express*
Operation Save America National, Inc.
c/o Frank Campana, Registered Agent
847 Remsen Ave NW
Palm Bay, FL 32907

*Via Federal Express*
Rickey Nelson Williams, Jr.
9100 Integra Preserve Ct., #316
Ooltewah, TN 37363

/s/ Sarah B. Miller