IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | | |
|---|---|---|
| FEMHEALTH USA, INC., d/b/a carafem, | ) ) ) | |
| Plaintiff, | ) ) | NO. 3:22-cv-00565 |
| v. | ) ) | JUDGE CAMPBELL |
| RICKEY NELSON WILLIAMS, JR., et al., | ) ) ) | MAGISTRATE JUDGE FRENSLEY |
| Defendants. | ) ) | |

## ORDER

The Court held a status teleconference in this matter on August 11, 2022. Sarah Byer Miller participated in the teleconference on behalf of Plaintiff FemHealth USA, Inc. d/b/a carafe, and Stephen M. Crampton and Larry Lamont Crain participated in the teleconference on behalf of Defendants Operation Save America, Jason Storms, Matthew Brock, Coleman Boyd, Frank Linam, and Brent Buckley. All counsel participating in the teleconference agreed to extending the Temporary Restraining Order and rescheduling the injunction hearing. Accordingly, for the reasons discussed on the record, the hearing currently set for August 12, 2022 is **CANCELLED** and the Temporary Restraining Order is **EXTENDED** to September 9, 2022.

Defendants shall respond to Plaintiff's Motion for Preliminary Injunction (Doc. No. 13) on or before August 25, 2022. An optional reply may be filed on or before September 1, 2022. The Court will hold a hearing on September 9, 2022, at 3:00 p.m. in Courtroom 6-D, Fred. D. Thompson United States Courthouse, 719 Church Street, Nashville, TN. By noon on September 7, 2022, the parties shall file the following: 1) any affidavits; (2) witness lists; (3) exhibit lists; (4) any depositions and/or deposition designations; (5) any stipulations; (6) any motions in limine;

and (7) any supplemental briefs. No witness shall testify live at the preliminary injunction hearing unless the party calling such witness to testify has identified and made that witness available for a deposition prior to the hearing.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE