**IN THE UNITED STATES DISTRICT COURT FOR THE**
**MIDDLE DISTRICT OF TENNESSEE**
**NASHVILLE DIVISION**

| | | |
|---|---|---|
| **FEMHEALTH USA, INC, ET AL.,** | ) | |
| | ) | |
| **Plaintiffs,** | ) | |
| | ) | |
| **v.** | ) | **NO. 3:22-cv-00565** |
| | ) | |
| **RICKEY NELSON WILLIAMS, JR.** | ) | **JUDGE CAMPBELL** |
| **ET AL.,** | ) | **MAGISTRATE JUDGE** |
| | ) | **FRENSLEY** |
| **Defendants.** | ) | |

**ORDER**

The preliminary injunction hearing set for September 9, 2022, at 3:00 p.m. is RESET for

1:30 p.m. the same day.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE