UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

**FEMHEALTH USA, INC., d/b/a CARAFEM,**

      Plaintiff,

v.

**RICKEY NELSON WILLIAMS, JR.;
BEVELYN Z. WILLIAMS; EDMEE
CHAVANNES; OPERATION SAVE AMERICA;
JASON STORMS; CHESTER GALLAGHER;
MATTHEW BROCK; COLEMAN BOYD;
FRANK "BO" LINAM; BRENT BUCKLEY;** and
**AJ HURLEY**,

      Defendants.

---

CAUSE NO. 3:22-cv-00565
JUDGE CAMPBELL

## OSA DEFENDANTS' PETITION TO DISMISS PLAINTIFF'S COMPLAINT OR, IN THE ALTERNATIVE, MOTION TO DISMISS FOR FAILURE TO STATE A CLAIM

Defendants Operation Save America, Jason Storms, Matthew Brock, Coleman Boyd, Frank "Bo" Linam, and Brent Buckley ("OSA Defendants" or "these Defendants"), by and through counsel, move this Court for entry of an order dismissing Plaintiff's Amended Complaint, with prejudice, pursuant to Tenn. Code Ann. § 20-17-104, on the grounds that: (1) These Defendants have made a *prima facie* showing that Plaintiff's claims were filed in response to these Defendants' exercise of their rights of free speech and free press, their rights to petition, and their rights of association, and (2) Plaintiff cannot establish a *prima facie* case for each essential element of its claims. Alternatively, the OSA Defendants move the Court to dismiss Plaintiff's claims pursuant to Fed. R. Civ. P. 12(b)(6) for failure to state a claim upon which relief may be granted.

The grounds for this motion are more fully set forth in the memorandum of law in support of the motion, filed simultaneously herewith.

1

Dated: September 22, 2022

        Respectfully submitted,

        /s/Stephen M. Crampton
        Stephen M. Crampton
        Senior Counsel
        Thomas More Society
        P.O. Box 4506
        Tupelo, MS 38803
        scrampton@thomasmoresociety.org
        662-255-9439


        Larry L. Crain, Esq.
        5214 Maryland Way
        Suite 402
        Brentwood, TN 37027
        Voice: (615) 376-2600
        Fax: (615) 376-2626
        Mobile: (615) 300-3767
        larry@crainlaw.legal
        www.crainlaw.legal

*Counsel for Defendants Operation Save America, Jason Storms, Matthew Brock, Coleman Boyd, Frank "Bo" Linam, and Brent Buckely*

**CERTIFICATE OF SERVICE**

I hereby certify that on September 22, 2022, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

In addition, a true and correct copy of the foregoing will be served as follows:

| | |
|---|---|
| **Via U.S. Mail**<br>Aaron J. Hurley<br>11401 Washington Pl Apt J<br>Los Angeles, CA 90066-5051 | **Via U.S. Mail**<br>Edmee Chavannes<br>9122 Integra Preserve Ct., #318<br>College Dale, TN 37363-4407 |
| **Via U.S. Mail**<br>Chester "Chet" Gallagher<br>1145 Holloway Road<br>Lebanon, TN 37090 | **Via U.S. Mail**<br>Bevelyn Z. Williams<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 |
| **Via U.S. Mail**<br>Rickey Nelson Williams, Jr.<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 | **Via U.S. Mail**<br>At The Well Ministries, Inc.<br>c/o Bevelyn Williams, Registered Agent<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 |

s/Stephen M. Crampton<br>Stephen M. Crampton

3

Case 3:22-cv-00565   Document 74   Filed 09/22/22   Page 3 of 3 PageID #: 543