## UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

| | | |
|---|---|---|
| Deborah S. Hunt<br>Clerk | 100 EAST FIFTH STREET, ROOM 540<br>POTTER STEWART U.S. COURTHOUSE<br>CINCINNATI, OHIO 45202-3988 | Tel. (513) 564-7000<br>www.ca6.uscourts.gov |

Filed: October 13, 2022

Mr. Larry Lamont Crain
Law Offices
5214 Maryland Way
Suite 402
Brentwood, TN 37027

Mr. Stephen M. Crampton
Thomas More Society
P.O. Box 4506
Tupelo, MS 38803

Re:  Case No. 22-5915, *FemHealth USA, Inc., et al v. Rickey Williams, Jr., et al*
Originating Case No. : 3:22-cv-00565

Dear Counsel,

   This appeal has been docketed as case number **22-5915** with the caption that is enclosed on a separate page. The appellate case number and caption must appear on all filings submitted to the Court. If the filing fee was not paid when the notice of appeal was filed, it must be paid to the district court immediately.

   Before preparing any documents to be filed, counsel are strongly encouraged to read the Sixth Circuit Rules at www.ca6.uscourts.gov. If you have not established a PACER account and registered with this court as an ECF filer, you should do so immediately. Your password for district court filings will not work in the appellate ECF system.

   At this stage of the appeal, the following forms should be downloaded from the web site and filed with the Clerk's office by **October 27, 2022**. Additionally, the transcript order must be completed by that date. For further information and instructions on ordering transcript electronically, please visit the court's website.

|  |  |
|---|---|
| Appellant: | Appearance of Counsel<br>Civil Appeal Statement of Parties & Issues<br>Disclosure of Corporate Affiliations<br>Application for Admission to 6th Circuit Bar (if applicable) |

| | | |
|---|---|---|
| Appellee: | Appearance of Counsel | |
| | Disclosure of Corporate Affiliations | |
| | Application for Admission to 6th Circuit Bar (if applicable) | |

<mark>You have until **October 27, 2022** to either pay the $505.00 appellate filing fee or file a motion for leave to proceed on appeal in forma pauperis and an accompanying financial affidavit. Either one must be paid/filed with the U.S. District Court. **Failure to do one or the other may result in the dismissal of the appeal without further notice**.</mark> If you move for pauper status and the district court denies your motion in part or in full, or if you are otherwise dissatisfied with the district court's ruling, you may renew the motion for pauper status in this court within 30 days of that ruling.

More specific instructions are printed on each form. If appellant's initial forms are not timely filed or necessary fees paid, the appeal will be dismissed for want of prosecution. If you have questions after reviewing the forms and the rules, please contact the Clerk's office for assistance.

Sincerely yours,

s/Virginia Lee Padgett
Case Manager
Direct Dial No. 513-564-7032

cc: Ms. Sarah Byer Miller

Enclosure

## OFFICIAL COURT OF APPEALS CAPTION FOR 22-5915

FEMHEALTH USA, INC., dba FemHealth USA, Inc., Carafem

    Plaintiff - Appellee

v.

RICKEY NELSON WILLIAMS, JR., et al

    Defendants

and

OPERATION SAVE AMERICA; JASON STORMS; MATTHEW BROCK; COLEMAN BOYD; FRANK LINAM; BRENT BUCKLEY

    Defendants - Appellants