# UNITED STATES DISTRICT COURT,
# MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| **FEMHEALTH USA, INC., d/b/a CARAFEM,** | Civil Action No. 3:22-cv-00565 |
| Plaintiff, | Judge William L. Campbell, Jr. |
| vs. | Magistrate Judge Jefferey S. Frensley |
| **RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS; EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK "BO" LINAM; BRENT BUCKLEY;** and **AJ HURLEY**, | DEFENDANT HURLEY'S NOTICE OF MOTION AND MOTION TO DISMISS |
| Defendants. | |

## NOTICE OF MOTION AND MOTION TO DISMISS

TO PLAINTIFF AND ITS ATTORNEY(S) OF RECORD:

PLEASE TAKE NOTICE THAT Defendant AJ Hurley, by and through counsel, moves this Court for entry of an order dismissing Plaintiff's Amended Complaint, with prejudice, pursuant to Federal Rules of Civil Procedure Rules 12(b)(6) and 12(b)(1). Defendant respectfully requests that this Court dismiss the Amended Complaint for the following reasons, all based solely on the adequacy of Plaintiff's pleading: (1) Plaintiff lacks standing to bring a claim under the Freedom of Access to Clinic Entrances Act, 18 U.S.C. 248 ("FACE"); (2) This Court Should Decline to Exercise Supplemental Jurisdiction Over the Plaintiff's State Law Claims; (3) Plaintiff's cause of action, alleging Trespass to Land, fails to allege facts sufficient to state a claim upon which relief may be granted; (4) Plaintiff's cause of action, alleging Nuisance, fails to allege facts sufficient to state a claim for upon which relief may be granted. Defendant Hurley therefore requests that this Court dismiss Plaintiff's Amended Complaint under Federal Rules of Civil Procedure 12(b)(1) and 12(b)(6).

The grounds for this motion are more fully set forth in the memorandum of law in support of the motion, filed simultaneously herewith.

Dated: November 1, 2022

Respectfully submitted,

/s/ Kristin Fecteau Mosher
Kristin Fecteau Mosher (PBN 019772)
Law Office of Kristin Fecteau
5543 Edmonson Pike, Suite 229
Nashville, TN 37211
Phone 615.496.5747
Email kristin@fecteaulaw.com

*Counsel for Defendant AJ Hurley*

# CERTIFICATE OF SERVICE

I hereby certify that on November 1, 2022, the foregoing was filed electronically with the Clerk of the Court using the CM/ECF system, and that a copy of the foregoing will be sent electronically to all counsel of record by operation of the Court's CM/ECF system.

In addition, a true and correct copy of the foregoing will be served as follows:

| | |
|---|---|
| Via CM/ECF Notice<br>Steve Crampton<br>Senior Counsel, Thomas More Society<br>PO Box 4506<br>Tupelo, MS 38803<br>*Counsel for Defendants Operation Save America, Jason Storms, Matt Brock, Coleman Boyd, Frank "Bo" Linam, and Brent Buckley* | Via U.S. Mail<br>Edmee Chavannes<br>9122 Integra Preserve Ct., #318<br>Ooltewah, TN 37363 |
| Via CM/ECF Notice<br>Larry Crain<br>5214 Maryland Way, Suite 402<br>Brentwood, TN 37027<br>*Counsel for Defendants Operation Save America, Jason Storms, Matt Brock, Coleman Boyd, Frank "Bo" Linam, and Brent Buckley* | Via U.S. Mail<br>Bevelyn Z. Williams<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 |
| Via CM/ECF Notice<br>Sarah B. Miller<br>Angela L. Bergman<br>Allison Wiseman Acker<br>Briana T. Sprick Schuster<br>Bass, Berry & Sims PLC<br>150 Third Avenue South, Suite 2800<br>Nashville, TN 37201<br>*Attorneys for Plaintiffs* | Via U.S. Mail<br>Rickey Nelson Williams, Jr.<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 |
| Via U.S. Mail<br>Chester "Chet" Gallagher<br>1145 Holloway Road<br>Lebanon, TN 37090 | Via U.S. Mail<br>At The Well Ministries, Inc.<br>c/o Bevelyn Williams, Registered Agent<br>9100 Integra Preserve Ct., #316<br>Ooltewah, TN 37363 |

                                              */s/ Kristin Moser*
                                              *Counsel for Defendant AJ Hurley*