> **ORDER: Motion GRANTED.**
> /s/ William L. Campbell Jr.

UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

---

**FEMHEALTH USA, INC., d/b/a CARAFEM,**

         Plaintiff,

v.

**RICKEY NELSON WILLIAMS, JR.; BEVELYN Z. WILLIAMS; EDMEE CHAVANNES; OPERATION SAVE AMERICA; JASON STORMS; CHESTER GALLAGHER; MATTHEW BROCK; COLEMAN BOYD; FRANK "BO" LINAM; BRENT BUCKLEY;** and **AJ HURLEY**,

         Defendants.

CAUSE NO. 3:22-cv-00565
JUDGE CAMPBELL

---

## OSA DEFENDANTS' MOTION FOR LEAVE TO FILE BRIEF ADDRESSING STAY IN LIGHT OF CRIMINAL FACE CASE OUT OF TIME

Defendants Operation Save America, Jason Storms, Matt Brock, Coleman Boyd, Brent Buckley, and Frank "Bo" Linam ("OSA Defendants"), pursuant to Fed. R. Civ. P. 6(b), submit this motion for leave to file the attached brief ordered by the Court (ECF 82) addressing the impact of the pending criminal FACE case on the pending motion to stay the case out of time.

As grounds, the OSA Defendants state:

1. The motion to stay initially filed by these Defendants was fully briefed by October 11, 2022. ECF 78.

2. This Court ordered additional briefing on the impact of the indictment of the eleven defendants in the case of USA v. Gallagher, et al. by order dated October 18, 2022. ECF 82.