UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE

| | |
|---|---|
| FEMHEALTH USA, INC., d/b/a CARAFEM,<br><br>                Plaintiff,<br><br>   v.<br><br>RICKEY NELSON WILLIAMS, JR., BEVELYN Z. WILLIAMS, EDMEE CHAVANNES, OPERATION SAVE AMERICA, JASON STORMS, CHESTER GALLAGHER, MATTHEW BROCK, COLEMAN BOYD, FRANK LINAM, BRENT BUCKLEY, and AJ HURLEY,<br><br>                Defendants. | Civil Action No. 3:22-cv-00565<br><br>Judge William L. Campbell, Jr.<br>Magistrate Judge Jeffery S. Frensley |

## ORDER REGARDING ENTRY OF DISMISSAL WITH PREJUDICE

Pending before the Court is Plaintiff FemHealth USA, Inc.'s, d/b/a carafem, Motion for Entry of Order of Dismissal, asking this Court to dismiss all claims asserted by Plaintiff against Defendants Operation Save America, Jason Storms, Chester Gallagher, Matthew Brock, Coleman Boyd, Frank Linam, Brent Buckley, and AJ Hurley (together the "Settling Defendants") in this matter with prejudice and for this Court to retain jurisdiction over any disputes that may arise regarding the Settlement Agreements. Upon consideration of the Plaintiff's Motion for Entry of Dismissal with Prejudice pursuant to Fed. R. Civ. P. 41(a)(2), the Court ORDERS as follows:

1. All claims asserted by Plaintiff against the Settling Defendants in this matter are dismissed with prejudice.

2. The Court retains jurisdiction to enforce to enforce the terms of the Settlement Agreements.

3. Each party is to bear its own attorneys' fees and costs except as provided by the Settlement Agreements.

**IT IS SO ORDERED**

_____
WILLIAM L. CAMPBELL, JR.
UNITED STATES DISTRICT JUDGE


Submitted for entry:


*/s/ Sarah B. Miller*
Sarah B. Miller
Angela L. Bergman
Allison Wiseman Acker
Ashleigh D. Karnell
Briana T. Sprick Schuster
**BASS, BERRY & SIMS PLC**
150 Third Avenue South, Suite 2800
Nashville, TN 37201
(615) 742-6200
(615) 742-6293 (facsimile)
smiller@bassberry.com
abergman@bassberry.com
allison.acker@bassberry.com
ashleigh.karnell@bassberry.com
bsprickschuster@bassberry.com

*Attorneys for Plaintiff*