IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE

NASHVILLE DIVISION

RECEIVED APR 3 0 2024 U.S. District Court Middle District of TN

| | |
|---|---|
| FEMHEALTH USA, INC., d/b/a CARAFEM, | |
| Plaintiff, | |
| v. | Civil Action No. 3:22-cv-00565 |
| RICKEY NELSON WILLIAMS, JR.; | JUDGE CAMPBELL |
| BEVELYN Z. WILLIAMS; | |
| EDMEE CHAVANNES; | MAGISTRATE FRENSLEY |
| AT THE WELL MINISTRIES, INC. | |
| Defendants. | |

## OUR SINCERE APOLOGY

Your honor, we the defendants Rickey Williams, Bevelyn Williams, and Edmee Chavannes would like to submit our sincere apology to the Middle Tennessee District Court Clerk and Magistrate Frensley as well as your Honor Judge Campbell. Unfortunately, we received our letter to be on the conference call on the day of the conference call. This is no excuse; we realize now that we must

Judge Campbell. Unfortunately, we received our letter to be on the conference call on the day of the conference call. This is no excuse; we realize now that we must be more aware of checking our mail as the court's prominent way of communication is through USPS mail services. We will make sure to be more diligent in looking out for the court's correspondence and respond in a timely fashion. We want you to know that we take this case very seriously. It is not our intention to be disrespectful or negligent. We appreciate your patience with us. Moving forward, our actions will speak better than our words. While there is still much for us to learn when it comes to the court system, we're thankful for the opportunity to defend ourselves.

With grateful hearts,

RICKEY WILLIAMS
5220 Kellogg Creek Trail Apt 100
Ooltewah TN, 37363
Rickeywilliams144@gmail.com
(423)333-6145

BEVELYN WILLIAMS
5220 Kellogg Creek Trail Apt 100
Ooltewah TN, 37363
Mrsbevelynwilliams@gmail.com
(423)333-4045

EDMEE CHAVANNES
9122 Integra Hills Ln Apt 318
Ooltewah TN, 37363
EdmeeChav@gmail.com
(646)549-0400



FROM:
Edmee Chavannes
9/22 Integra Hills Ln Apt 318
Ooltewah TN, 37363

RECEIVED
APR 30 2024
U.S. District Court
Middle District of TN

TO:
Fred D. Thompson US
Courthouse & Federal Building
719 Church St Ste 1300
Nashville TN, 37203