IN THE UNITED STATES DISTRICT COURT FOR THE
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| FEMHEALTH USA, INC. d/b/a CARAFEM, | ) ) ) |
| Plaintiff, | ) ) |
| | ) NO. 3:22-cv-00565 |
| v. | ) |
| | ) JUDGE CAMPBELL |
| RICKEY NELSON WILLIAMS, JR., et al., | ) MAGISTRATE JUDGE FRENSLEY ) ) |
| | ) |
| Defendants | ) |

## ORDER

On February 11, 2025, the Court granted Plaintiff's motion for summary judgment against Defendants Bevelyn Williams, Rickey Nelson Williams, Jr., and Edmee Chavannes. (*See* Order, Doc. No. 199). Within 30 days of this Order, Plaintiff's shall file a motion for an award of damages supported by a memorandum and appropriate evidentiary support. By the same date, Plaintiff shall notify the Court of its intent to proceed with the claim against Defendant At the Well Ministries.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE