<u>NOT RECOMMENDED FOR PUBLICATION</u>

No. 25-5371

UNITED STATES COURT OF APPEALS
FOR THE SIXTH CIRCUIT

**FILED**

May 30, 2025
KELLY L. STEPHENS, Clerk

| | | |
|---|---|---|
| FEMHEALTH USA, INC., dba Carafem, | ) | |
| | ) | |
| Plaintiff-Appellee, | ) | |
| | ) | |
| v. | ) | ON APPEAL FROM THE UNITED |
| | ) | STATES DISTRICT COURT FOR |
| RICKEY NELSON WILLIAMS, JR; BEVELYN | ) | THE MIDDLE DISTRICT OF |
| Z. WILLIAMS; EDMEE CHAVANNES, | ) | TENNESSEE |
| | ) | |
| Defendants-Appellants, | ) | |
| | ) | |
| and | ) | |
| | ) | |
| OPERATION SAVE AMERICA, et al., | ) | |
| | ) | |
| Defendants. | ) | |
| | ) | |

O R D E R

Before:  MOORE, GIBBONS, and BUSH, Circuit Judges.

This matter is before the court upon initial consideration of appellate jurisdiction.

FemHealth USA, Inc. filed a civil action against several defendants.  FemHealth eventually settled with some of the defendants and filed a motion for summary judgment against the majority of the remaining defendants.  FemHealth also moved for an order deeming certain facts admitted. The defendants filed a motion to dismiss.  On February 12, 2025, the district court granted FemHealth's motion for summary judgment and its motion to deem certain facts admitted and denied the defendants' motion to dismiss.  On April 3, 2025, the district court directed FemHealth

No. 25-5371
- 2 -

to file a motion for an award of damages within 30 days and to notify the court whether it intended to proceed with its claims against the remaining defendant.

Defendants-appellants Rickey Nelson Williams, Jr., Bevelyn Z. Williams, and Edmee Chavannes then moved for reconsideration of the February 12, 2025, order. The district court denied the motion. Next, defendants-appellants moved to stay enforcement of the judgment. The district court also denied that motion on the basis that no final judgment had been entered. Defendants-appellants have now filed a notice of appeal from the February 12, 2025, order.

This court may exercise jurisdiction only over final orders, 28 U.S.C. § 1291, and limited categories of interlocutory orders, *id.* § 1292; *Cohen v. Beneficial Indus. Loan Corp.*, 337 U.S. 541, 545-46 (1949); *see also Anderson v. Roberson*, 249 F.3d 539, 542-43 (6th Cir. 2001). A final order is one that "ends the litigation on the merits and leaves nothing for the court to do but execute the judgment." *Catlin v. United States*, 324 U.S. 229, 233 (1945).

The district court's February 12, 2025, order is not final because it disposed of fewer than all of the claims or parties involved in this action and did not direct entry of a final, appealable judgment under Federal Rule of Civil Procedure 54(b). *See Liberty Mut. Ins. Co. v. Wetzel*, 424 U.S. 737, 742-45 (1976); *Solomon v. Aetna Life Ins. Co.*, 782 F.2d 58, 59-60 (6th Cir. 1986). A judgment is not final for purposes of appeal when liability has been decided, but the assessment of damages remains. *Liberty Mut. Ins.*, 424 U.S. at 744.

Nor is the partial dismissal an immediately appealable "collateral" order under the doctrine announced in *Cohen*. *See Cohen*, 337 U.S. at 546-47. And no final decision regarding either the issue of damages or the claim against the remaining defendant has been entered during the pendency of this appeal. As a result, this court lacks jurisdiction over this appeal. *See Gillis v. U.S. Dep't of Health & Hum. Servs.*, 759 F.2d 565, 569 (6th Cir. 1985). Nothing in this order precludes an appeal once a final judgment is entered.

No. 25-5371
- 3 -

For the foregoing reasons, the appeal is **DISMISSED**.

ENTERED BY ORDER OF THE COURT

Kelly L. Stephens, Clerk

**United States Court of Appeals for the Sixth Circuit**

**U.S. Mail Notice of Docket Activity**

The following transaction was filed on 05/30/2025.

**Case Name:**   FemHealth USA, Inc. v. Rickey Williams, Jr., et al
**Case Number:**   25-5371

**Docket Text:**
ORDER filed: The appeal is DISMISSED. No mandate to issue, decision not for publication. Karen Nelson Moore, Circuit Judge; Julia Smith Gibbons, Circuit Judge and John K. Bush, Circuit Judge.

**The following documents(s) are associated with this transaction:**
Document Description:   Order

**Notice will be sent to:**

Ms. Edmee Chavannes
9122 Integra Hills Lane
Apartment 318
Collegedale, TN 37363

Ms. Bevelyn Z. Williams
5220 Kellogg Creek Trail
Apartment 100
Chattanooga, TN 37363

Mr. Rickey Nelson Williams Jr.
5220 Kellogg Creek Trail
Apartment 100
Chattanooga, TN 37363

**A copy of this notice will be issued to:**

Ms. Angela Lee Bergman
Ms. Lynda M. Hill
Ms. Sarah Byer Miller
Ms. Briana Sprick Schuster