# IN THE UNITED STATES DISTRICT COURT FOR THE
# MIDDLE DISTRICT OF TENNESSEE
# NASHVILLE DIVISION

| | |
|---|---|
| FEMHEALTH USA, INC. d/b/a CARAFEM, ) ) ) Plaintiff, ) ) ) v. ) ) RICKEY NELSON WILLIAMS, JR., et al., ) ) ) Defendants. ) | NO. 3:22-cv-00565 JUDGE CAMPBELL MAGISTRATE JUDGE FRENSLEY |

## ORDER

This case was stayed and administratively closed pending appeal. On May 30, 2025, the appeal was dismissed. (*See* Doc. Nos. 222, 223). Accordingly, the stay is hereby lifted and the Clerk is directed to reopen the file.

Defendants shall respond to Plaintiffs' motion for award of damages (Doc. No. 217) on or before June 20, 2025.

It is so **ORDERED**.

_____
WILLIAM L. CAMPBELL, JR.
CHIEF UNITED STATES DISTRICT JUDGE